Amended

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

### TRANSCRIPT DESIGNATION FORM

RECEIVED

MAR 0 9 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

U.S. Court of Appeals # 03-30314       U.S. District Court # 3:02-CR-00103
Short Case Title USA v. Milagros Mateo et al
Date Notice of Appeal Filed by Clerk of District Court _____

**Section A - To Be completed by Party Ordering Transcript**

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| 2/21/03 COP | | PRE-TRIAL PROCEEDINGS |
| 7/9/03 IOS | | OTHER |

(Attach Additional Page for Designations if Necessary)

( )  As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s)*.

( )  I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( )  I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(✓)  As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered 3/9/09       Estimated Date for Completion _____
Signature of Attorney [signature]       Phone Number 907-276-0151
Address 912 W. 6th Ave
Anchorage, AK 99501

**Section B - To Be Completed by Court Reporter**

I, _____, have received this designation.
(Signature of Court Reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).
Approximate Number of Pages _____ Due Date _____

**Section C - To Be Completed by Court Reporter**

Date Transcript Filed _____ Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)