Joe P. Josephson, Esq.,
Josephson & Associates, P.C.
912 West Sixth Avenue
Anchorage, Alaska  99501
Tel. (907) 276-0151
Facsimile (907) 276-0155
E-mail: jjosephson@aol.com

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF ALASKA

_____

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
     V.                   )
                          )    Case No. A-02-103-35Cr. (HRH)
MILAGROS MATEO,           )    DC # 3:02-cr-00103 HRH-JDR
                          )
            Defendant.    )
_____)

**MOTION TO UNSEAL CHANGE OF PLEA HEARING OF FEBRUARY
21, 2003, FOR THE PURPOSE OF TRANSCRIPTION**

Comes now Joe P. Josephson, Alaska Bar No. 6102018, and respectfully moves the court for entry of an order unsealing the change of plea hearing conducted on February 21, 2003, for the purpose of transcription.

This motion is made at the request of the Clerk of Court, who advises that the motion is necessary so that a transcript can be prepared.  The transcript is desired by the Court of Appeals for the Ninth Circuit.  The undersigned has been the CJA appointed counsel for Ms. Mateo in the appellate court.

Dated March 10, 2006.

Motion to unseal for purposes of transcript
Page 1 of 2

Respectfully Submitted:


s/ Joe P. Josephson
Joe P. Josephson
Attorney for Miligros Mateo,
  Before the Court of Appeals


I hereby certify that on
March 10th, 2006 a copy
Electronically on
US Attorney's office


s/ Joe P. Josephson


Motion to unseal for purposes of transcript
Page 2 of 2