IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )
                                )
      vs.                       )
                                )
VICENTE ZAPATA, et al.,         )
                                )
              Defendants.       )
_____)
                                )   No. 3:02cr0103-HRH
This Order pertains to:         )
                                )
MILAGROS MATEO       [D-35]     )
_____)
```

ORDER TO UNSEAL RECORDS

      IT IS ORDERED that the change of plea hearing of February 21, 1003, be unsealed for purposes of transciption pursuant to the request of defendant's CJA counsel.

      DATED at Anchorage, Alaska, this <u>16th</u> day of March, 2006.

                                        /s/ H. Russel Holland
                                        United States District Judge