**FILED**

**NOT FOR PUBLICATION**

**SEP 15 2006**

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
OCT 1 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

| UNITED STATES OF AMERICA, | No. 03-30314 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-02-00103-HRH |
| v. | |
| MILAGROS MATEO, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
H. Russel Holland, District Judge, Presiding

Submitted September 11, 2006**

Before:   PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

Milagros Mateo appeals from her guilty-plea conviction and 37-month sentence for money laundering in violation of 18 U.S.C. § 1956(a)(1).

---

\*       This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

\*\*      This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), counsel for Mateo has filed a brief stating that he finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000) (stating that an appeal waiver is valid when entered into knowingly and voluntarily); *see also United States v. Cardenas*, 405 F.3d 1046, 1048 (9th Cir. 2005) (holding that the changes in sentencing law imposed by *United States v. Booker*, 543 U.S. 220 (2005), did not render waiver of appeal involuntary and unknowing).

Counsel's motion to withdraw is **GRANTED**, and the appeal is **DISMISSED**.

A TRUE COPY
ATTEST  10/10/06
CATHY A. CATTERSON
Clerk of Court
by: [signature]
Deputy Clerk

2