UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>MILAGROS MATEO,<br><br>Defendant - Appellant. | No. 03-30314<br>D.C. No. CR-02-00103-HRH<br><br>JUDGMENT |

**RECEIVED**
OCT 1 3 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Appeal from the United States District Court for the District of Alaska (Anchorage).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 09/15/06

A TRUE COPY
ATTEST  10/10/06
CATHY A. CATTERSON
Clerk of Court
by: _____
Deputy Clerk